## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/9/2022 | $138.52 |
| Akorn Operating Company, LLC | 12/30/2022 | $84,226.85 |
| Akorn Operating Company, LLC | 1/6/2023 | $472.50 |
| Akorn Operating Company, LLC | 1/13/2023 | $21,910.46 |
| Akorn Operating Company, LLC | 1/20/2023 | $1,058.50 |
| Akorn Operating Company, LLC | 1/27/2023 | $1,666.57 |
| Akorn Operating Company, LLC | 2/8/2023 | $20,067.07 |
| Akorn Operating Company, LLC | 2/14/2023 | $522.94 |

TOTAL TRANSFERS: $130,063.41